UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN

IN THE MATTER OF

THE EXTRADITION OF                    Misc. No.

MALIQUE IDEL BENT CALLOO

Case: 2:23−mj−30301
Assigned To : Unassigned
Assign. Date : 7/23/2023
Description: RE: SEALED MATTER (EOB)

**COMPLAINT FOR PROVISIONAL ARREST
WITH A VIEW TOWARDS EXTRADITION
(18 U.S.C. § 3184)**

I, the undersigned Assistant United States Attorney, being duly sworn, state on information and belief that the following is true and correct:

1. In this matter, I represent the United States in fulfilling its treaty obligation to Canada.

2. There is an extradition treaty in force between the United States and the Government of Canada: Treaty on Extradition Between the United States of America and Canada, U.S.-Can., Dec. 3, 1971, 27 U.S.T. 983, *as amended by* Protocol Amending the Extradition Treaty with Canada, U.S.-Can., Jan. 11, 1988, S. TREATY DOC. NO. 101-17 (1990); *and* Second Protocol Amending the Extradition Treaty with Canada, U.S.-Can., Jan. 12, 2001, S. TREATY DOC. NO. 107-11 (2002) (collectively, the "Treaty").

3. The Treaty provides in Article 11 for the provisional arrest and detention of

1

alleged fugitives pending the submission of a formal request for extradition and supporting documents.

4. In accordance with Article 11 of the Treaty, the Government of Canada has asked the United States for the provisional arrest of Malique Idel Bent Calloo (Calloo) with a view towards his extradition.

5. According to the information provided by the Government of Canada, Calloo is wanted for prosecution on one count of First Degree Murder, in violation of section 235(1) of the Canadian Criminal Code.[1]

6. This offense was committed within the jurisdiction of Canada. A warrant for Calloo's arrest was issued on November 30, 2022, by Justice of the Peace Elizabeth Neilson of the Ontario Court of Justice, Windsor, Ontario, Canada.

7. Canada seeks Calloo's provisional arrest with a view toward his extradition based on the following facts:

On November 28, 2022, at approximately 4:27 p.m., Winsor Police Service received a total of five 911 calls, reporting that a man had been shot on the street

---

[1] The United States is seeking a warrant for Calloo's provisional arrest based only on the charge of murder. Canada has requested Calloo's provisional arrest on additional charges, and the United States' decision to proceed in urgent circumstances on this select charge is without prejudice to proceeding on additional charges when Canada's formal request for extradition has been reviewed by the Department of State and is submitted to the Court.

2

outside 888 Hanna Street East, Windsor, Ontario. One of the 911 callers, Jamar Jones (Jones), identified the victim as his friend, Daniel Squalls (Squalls).

Police arrived at the scene at approximately 4:31 p.m., where they observed Squalls lying in the street in front of a matte red Dodge Charger. Squalls was bleeding from his head, and there was what appeared to be brain matter splattered on the road. Paramedics arrived at the scene and removed the man's shirt, which showed6 that the victim had been shot an additional nine times in his chest, stomach, arms, and hands. Forensic identification officers later recovered a total of fifteen handgun shell casings from the scene. The doctor who conducted the autopsy of Squalls' body determined that Squalls' cause of death to be multiple gunshot wounds.

Based on statements of multiple witnesses and video surveillance footage from the scene, police identified Calloo as the shooter, and established the following motive and timeline.

Sqaulls and Calloo knew each other personally and have a history of animosity towards one another. At the time of his death, Squalls was in a relationship with Calloo's former girlfriend, Dashau Handsor-Dupuis (Handsor-Dupuis), with whom he shared a six-year-old daughter. Hansor-Dupuis told Canadian authorities that in the days prior to the shooting, Calloo had been angry

3

because she and Squalls planned to move to the United States with Calloo's daughter.

At 12:30 p.m. on the day of the shooting, Calloo sent a Facebook audio message to Handsor-Dupuis, in which he stated "Yo, it's Malique. If I was you, I would never ever ever take that tone addressing my mother again. If you really really do love your kids, love your life, and love your family, if I was you, I would never ever ever in your life, do that again."

At approximately 3:00 p.m., Calloo drove to Squall's apartment building in his brown Honda car.[2] Calloo knocked on the front door of one of Squall's neighbors[3] and asked about the whereabouts of Squalls and Handsor-Dupuis. The neighbor informed Calloo that they were not home. During this encounter, Calloo was also speaking on the telephone with an unknown person, and the neighbor heard Calloo express his frustration with his inability to see his daughter. After speaking to Calloo, the neighbor messaged Handsor-Dupuis to inform her that Calloo had come to her residence looking for her and Squalls.

Jones, who witnessed the murder, provided the following facts to Canadian

---

[2] The neighbor told police that later that afternoon, she observed Calloo's vehicle driving away from the scene shortly after she heard multiple gunshots.
[3] In addition to being Squall's neighbor, this witness also described herself as one of Calloo's childhood friends.

authorities. Calloo returned to Squall's apartment building and encountered Squalls on the road outside the apartment building at approximately 4:18 p.m. Jones recognized Calloo as the father of Handsor-Dupius' daughter. Calloo and Squalls then engaged in an eight-minute argument, before Calloo walked away from Squalls and approached the rear passenger door of the car he had driven to the scene. Calloo then returned to where he had been arguing with Squalls and brandished a handgun. In response, Squalls stated, "You're not going to shoot me right here in front of all the cameras." After which, Calloo appeared to pause as he waited for a van to drive past. Calloo then opened fire at Squalls, shooting directly at him 14-15 times at close range. Calloo immediately fled the scene in the brown Honda, and he has evaded apprehension ever since.[4] At approximately 7:00 a.m. the following morning, on November 29, 2022, police responded to a call reporting a car on fire. Police determined that the vehicle was the same car Calloo used to flee the scene of the shooting the previous day. Records checks determined that the vehicle was registered to Calloo's mother.

      On July 4, 2023, one of the eyewitnesses to the shooting was shown a

---

[4] Multiple witnesses consistently described Calloo's car as a dark grey or brown Honda with black tinted windows. Video surveillance footage confirmed that Calloo fled the scene in a brown Honda Civic bearing the Ontario license plate CVZY762.

photographic line-up, and she identified a photograph depicting Calloo as the man she observed shooting Squalls on November 28, 2022. The photograph the eyewitness identified of Calloo was taken by Canadian law enforcement on January 11, 2020, when he was arrested on unrelated charges.

8. The offense for which Calloo's provisional arrest and extradition are sought is provided for in Article 2 of the Treaty.

9. Calloo may be found within the jurisdiction of this Court. The U.S. Marshals Service determined, with the assistance of Canadian law enforcement, that Calloo is currently residing in Detroit, Michigan, where he has been physically observed. The U.S. Marshals Service has determined that the individual in the photograph identified by Chretien is the same person they have observed in Detroit, Michigan.

10. The Government of Canada has represented that it will submit a formal request for extradition supported by the documents specified in the Treaty within the time required under the Treaty.

WHEREFORE, the undersigned requests that a warrant for the arrest of the aforenamed person be issued in accordance with 18 U.S.C. § 3184 and the

extradition treaty between the United States and Canada.

*s/Sarah Resnick Cohen*
Sarah Resnick Cohen
Assistant United States Attorney

Sworn to before me and subscribed in my presence this __ day of
_____, 2023, at _____.  July 22, 2023

_____
David R. Grand
United States Magistrate Judge