UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Case: 2:23−mj−30301
Assigned To : Unassigned
Assign. Date : 7/23/2023
Description: RE: SEALED
MATTER
(EOB)

IN THE MATTER OF

THE EXTRADITION OF

MALIQUE IDEL BENT CALLOO

Misc. No.

## MOTION AND ORDER TO UNSEAL THE COMPLAINT AND ARREST WARRANT

The United States of America requests the court to unseal the complaint, warrant of arrest, and all attendant papers for the following reasons:

1. MALIQUE IDEL BENT CALLOO has been arrested on the complaint by law enforcement officers.

2. That the United States is no longer apprehensive that MALIQUE IDEL BENT CALLOO may flee prior to appearance on the complaint.

Respectfully submitted,

DAWN N. ISON
United States Attorney

s/*Sarah Resnick Cohen*
SARAH RESNICK COHEN
Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, Michigan 48226
Phone: (313) 226-9637
E-mail: sarah.cohen@usdoj.gov
Mich. Bar No.: P51968

Date: July 23, 2023

**IT IS SO ORDERED.**

_____
David R. Grand
United States Magistrate Judge

Entered:  July 23, 2023