UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,                        CR. NO. 23-30301

v.                                       HON. UNASSIGNED

MALIQUE IDEL BENT CALLOO,

                Defendant.

_____/

## APPEARANCE

To:    Clerk of the Court and All Parties of Record:

Enter my appearance as Counsel in the case for Defendant.

I certify that I am admitted to practice in the Court.

                                     Respectfully submitted,

                                     **FEDERAL COMMUNITY DEFENDER**
                                     **EASTERN DISTRICT OF MICHIGAN**

                                     s/Brandy Y. Robinson
                                     BRANDY Y. ROBINSON (P66895)
                                     Attorney for Mr. Calloo
                                     613 Abbott Street, Suite 500
                                     Detroit, Michigan 48226
                                     (313) 967-5852
                                     E-mail:  brandy_robinson@fd.org

Dated:  July 24, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,                          CR. NO. 23-30301

v.                                         HON. UNASSIGNED

MALIQUE IDEL BENT CALLOO,

           Defendant.

_____/

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on July 24, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

                    Sarah Cohen
                    Assistant United States Attorney
                    United States Attorney's Office
                    211 W. Fort Street, Suite 2001
                    Detroit, Michigan 48226

                    **FEDERAL COMMUNITY DEFENDER**
                    **EASTERN DISTRICT OF MICHIGAN**

                    <u>s/Brandy Y. Robinson</u>
                    BRANDY Y. ROBINSON (P66895)
                    Attorney for Mr. Calloo
                    613 Abbott Street, Suite 500
                    Detroit, Michigan 48226
                    (313) 967-5852
                    E-mail:  brandy_robinson@fd.org

Dated: July 24, 2023